UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

PROCEEDINGS UNDER CHAPTER 13
CASE NO. 09-35607-BKC-EPK

In Re:

Yves Labady and
Edwige Labady,

     Debtors.
_____/

## OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR:   THIS IS AN OBJECTION
TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 3-1 | WELLS FARGO BANK N.A., AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC3 ASSET-BACKED PASS-THROUGH CERTIFICATES | $297,440.87 | strike claim as intended to be paid directly |

Dated: December 30, 2009

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.   (See Local Rule 3007-1(C).)

LF-70 (rev. 06/02/08)         Page 1 of 4

JORDAN E. BUBLICK, P.A.

/s/ Jordan E. Bublick
Jordan E. Bublick (Fla. Bar No. 381624)
11645 Biscayne Blvd., Suite 208
Miami, FL   33181-3158
Telephone: (305) 891-4055
Fax: (786) 264-3886
Email: jbublick@bublicklaw.com

*Attorney for the Debtors*