LF-70 (rev. 06/02/08)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

PROCEEDINGS UNDER CHAPTER 13
CASE NO. 09-35607-BKC-EPK

In Re:

Yves Labady and
Edwige Labady,

    Debtors.
_____/

### CERTIFICATE OF SERVICE OF OBJECTIONS TO CLAIMS AND NOTICE OF HEARING

**I HEREBY CERTIFY** that a true and correct copy of the above referenced objection(s) to claims and the Notice of Hearing thereon were served as follows: 1. by electronic mail to those set forth in the NEF to be served electronically and 2. by was sent by U.S. Mail on all creditors and interested parties on the attached list this 30 day of December, 2009.

            JORDAN E. BUBLICK, P.A.

            /s/ Jordan E. Bublick
            Jordan E. Bublick (Fla. Bar No. 381624)
            11645 Biscayne Blvd., Suite 208
            Miami, FL   33181-3158
            Telephone: (305) 891-4055
            Fax: (786) 264-3886
            Email: jbublick@bublicklaw.com

*Attorney for the Debtors*

By US Mail

**WELLS FARGO BANK N.A., AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC3 ASSET-BACKED PASS-THROUGH CERTIFICATES**
c/oCARRINGTON MORTGAGE SERVICES, LLC
1610 EAST SAINT ANDREW PLACE, SUITE B150
SANTA ANA, CA 92705

LF-70 (rev. 06/02/08)