UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

PROCEEDINGS UNDER CHAPTER 13
CASE NO. 09-35607-BKC-EPK

In Re:

Yves Labady and
Edwige Labady,

    Debtors.
_____/

## CERTIFICATE OF SERVICE OF OBJECTIONS TO CLAIMS AND NOTICE OF HEARING

**I HEREBY CERTIFY** that a true and correct copy of the above referenced objection(s) to claims and the Notice of Hearing thereon were served as follows: 1. by electronic mail to those set forth in the NEF to be served electronically and 2. by was sent by U.S. Mail on all creditors and interested parties on the attached list this 29 day of December, 2009.

JORDAN E. BUBLICK, P.A.

/s/ Jordan E. Bublick
Jordan E. Bublick (Fla. Bar No. 381624)
11645 Biscayne Blvd., Suite 208
Miami, FL  33181-3158
Telephone: (305) 891-4055
Fax: (786) 264-3886
Email: jbublick@bublicklaw.com

*Attorney for the Debtors*

By US Mail

**Suntrust Bank**
Att: Support Services
PO Box 85092
Richmond, VA 23286