

**ORDERED in the Southern District of Florida on February 16, 2010.**



**Erik P. Kimball, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

PROCEEDINGS UNDER CHAPTER l3
CASE NO. 09-35607-BKC-EPK

In re:

Yves M. Labady and
Edwige C. Labady,

    Debtors.

_____/

### ORDER SUSTAINING OBJECTION TO CLAIMS

This case came before the Court this 12th day of February, 2010 on the

Debtors' Objection to Claims [Docket No. 26]. Based on the record, it is

**ORDERED AND ADJUGED**

1. The objection to the claim #3-1 of Wells Fargo Bank, NA as Trustee for Carrington

Mortgage Loan Trust, Series 2006-NC3, Asset –Backed Pass-Through Certificates is

1

sustained and the claim is struck as it is not provided for by the plan and the Debtors intend to pay it and any involved arrearage directly to claimant. Claimant is granted relief from the automatic stay as to this claim.

# # #

Submitted by:

Jordan E. Bublick
Attorney for Debtors
11645 Biscayne Blvd., Suite 208
Miami, Florida 33181
Tel. (305) 891-4055
Fax (786) 524-3886
E-mail – jbublick@bublicklaw.com

Copies furnished to:

(Atty. Bublick is directed to serve a copy of this order on all interested parties upon receipt of this order. Parties listed on the NEF will be served electronically.)