

**ORDERED in the Southern District of Florida on February 16, 2010.**



**Erik P. Kimball, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

PROCEEDINGS UNDER CHAPTER 13
CASE NO. 09-35607-BKC-EPK

In re:

Yves M. Labady and
Edwige C. Labady,

    Debtors.

_____/

### ORDER SUSTAINING OBJECTION TO CLAIM

This case came before the Court this 12th day of February, 2010 on the

Debtors' Objection to Claims [Docket No. 24].  Based on the record, it is

**ORDERED AND ADJUGED**

    1.  The objection to the claim #2-1 of SunTrust Bank is sustained and the claim is

modified to be a wholly unsecured claim in the amount of $147,233.51.

1

# # #

Submitted by:

Jordan E. Bublick
Attorney for Debtors
11645 Biscayne Blvd., Suite 208
Miami, Florida 33181
Tel. (305) 891-4055
Fax (786) 524-3886
E-mail – jbublick@bublicklaw.com

Copies furnished to:

(Atty. Bublick is directed to serve a copy of this order on all interested parties upon receipt of this order. Parties listed on the NEF will be served electronically.)